FILED
APR 06 2018
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Ronald Satish Emrit, )
)
    Plaintiff, )
)
v. ) Civil Action No. 17-2849 (UNA)
)
Ajit Pai *et al.*, )
)
    Defendants. )

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

ORDERED that plaintiff's application to proceed *in forma pauperis* [Dkt. # 2] is GRANTED, and this action is DISMISSED without prejudice.

This is a final appealable Order.

_____
United States District Judge

Date: April ___, 2018